IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JAMES PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-43J |
| | ) | |
| v. | ) | Judge Gibson |
| | ) | Magistrate Judge Bissoon |
| WARDEN DAUPHIN COUNTY | ) | |
| FACILITIES, SHIFT COMMANDER, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

James Patterson's civil rights complaint was received by this Court on February 210,

2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial

proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and

72.1.4 of the Local Rules for Magistrates. The case was later assigned to Magistrate Judge Cathy

Bissoon.

The Magistrate Judge's Report and Recommendation, filed on November 3, 2008,

recommended that the Defendants' Motion to Dismiss (Doc. 14) be granted. The parties were

allowed ten days from the date of service to file objections. Service was made on the Plaintiff by

First Class United States Mail delivered to his place of incarceration, the State Correctional

Institution at Somerset, Pennsylvania. Objections were due on or before November 20, 2008.

No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the

Report and Recommendation, the following order is entered:

AND NOW, this 4th day of December, 2008,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by the Defendants (Doc. 14) is GRANTED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 19), dated November 3, 2008, is adopted as the opinion of the court. The Clerk is directed to mark the case CLOSED.

Kim R. Gibson
U.S. District Court Judge

cc:
JAMES PATTERSON
HE-2559
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510